## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MEGAN MORRISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **4:12-cv-01736-PWG** |
| **MERCANTILE ADJUSTMENT** ) | |
| **BUREAU, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Megan Morrison ("Plaintiff"), Defendant Mercantile Adjustment Bureau, LLC, Defendant Thomas H. Gray, and Defendant Paula E. Swain (collectively referred to as "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 18 day of July, 2013.

*[signature]*

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-h72m)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

*Attorneys for Plaintiff*

*[signature]*

Dayle M. Van Hoose, Esq.
Rachel A. Morris, Esq.
SESSIONS, FISHMAN, NATHAN &
ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618

Laura C. Nettles, Esq.
LLOYD, GRAY, WHITEHEAD &
MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

*Attorneys for Mercantile Adjustment Bureau, LLC and Thomas H. Gray*

*[signature]*

Paula E. Swain
*Pro Se*