FILED
2013 Jul-24 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MEGAN MORRISON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:12-cv-01736-MHH |
| **MERCANTILE ADJUSTMENT BUREAU, LLC, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-styled cause filed a joint stipulation of dismissal (doc. 45), reciting that the action should be dismissed with prejudice.  Based on the parties' joint stipulation, it is ordered that the above-styled action and all claims contained therein are DISMISSED WITH PREJUDICE.  Each party is to bear its own costs.

The Clerk is DIRECTED to terminate docs. 24 & 44 and close the file.

Done, this the 24th day of July, 2013.

_____
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE